**Affirmed and Memorandum Opinion filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00806-CR

---

**JARVIS  L.  BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 7**
**Harris County, Texas**
**Trial Court Cause No. 2008621**

---

## MEMORANDUM  OPINION

A jury found appellant Jarvis Barber guilty of assault of a family member, a Class A misdemeanor. The trial court assessed appellant's punishment,  and he was sentenced to ninety days in the Harris County Jail.

In his sole issue on appeal, appellant claims the trial court erred by refusing to admit text messages that were sent to him on the night of February 2, 2015, and February 8, 2015. We affirm.

To preserve error regarding a trial court's decision to exclude evidence, the complaining party must comply with Texas Rule of Evidence 103 by making an "offer of proof" which sets forth the substance of the proffered evidence, unless the substance of the evidence was apparent from the context. Tex. R. Evid. 103(a)(2). The substance of the text messages that appellant now complains on appeal were improperly excluded was not made known to the trial court in any fashion.

"It is the appellant's burden to make a record, through a bill of exceptions, of the evidence he or she desires admitted." *Montgomery v. State*, 383 S.W.3d 722, 726 (Tex. App.—Houston [14th Dist.] 2012, no pet.). Otherwise, any error is not preserved. *Mays v. State*, 285 S.W.3d 884, 889 (Tex. Crim. App. 2009).

Nothing is presented for our review. *See* Tex. R. App. P. 33.1(a); *Oveal v. State*, 164 S.W.3d 735, 743 (Tex. App.—Houston [14th Dist.] 2005, pet. ref'd). Appellant's issue is overruled, and the judgment of the trial court is affirmed.

/s/     Margaret "Meg" Poissant
Justice

Panel consists of Justices Christopher, Spain, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).